(April 29, 1952.)

FANNIE ALHADEF, as Administratrix of the Estate of JOSEPH ALHADEF, Deceased, Appellant, v. HARRY DUBOFSKY, Doing Business as DURATEX NOVELTY BAG COMPANY, Respondent.— No opinion. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ. [See 280 App. Div. 777.]

HERBERT RUBIN, Doing Business as NEW YORK TOY AND GAME MANUFAC-TURING COMPANY, Appellant, v. VOGES MANUFACTURING CO., INC., Respondent. — No opinion. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ.

In the Matter of the Arbitration between BRAZIL OITICICA, INC., Respondent, and HATCO CHEMICAL COMPANY, Appellant.— No opinion. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ.

In the Matter of the Arbitration between UNITED PIECE DYE WORKS, Respondent, and EMIL RIEVE, as General President of Textile Workers Union of America, C.I.O., et al., Appellants. In the Matter of the Arbitration between EMIL RIEVE, as General President of Textile Workers Union of America, C.I.O., et al., Appellants, and UNITED PIECE DYE WORKS, Respond-ent.— No opinion. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ. [See 280 App. Div. 777.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUS M. LARAKIS, Appellant.— No opinion. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS TALARICO, Appellant.— Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ.

GRAYSON-ROBINSON STORES, INC., Appellant, v. SAM COURTNEY et al., Indi-vidually and as Copartners Doing Business under the Name of COURTNEY TRUCKING COMPANY, Respondents.— No opinion. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ. [See 280 App. Div. 759.]

VOLGA ESTATES, INC., Appellant, v. 43RD STREET CAFE, INC., Respondent. — No opinion. Present — Peck, P. J., Cohn, Van Voorhis and Heffernan, JJ.